THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY C. BILLINS, Appellant. [890 NYS2d 838]—

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of, inter alia, two counts of criminal possession of a controlled substance in the third degree (Penal Law § 220.16 [1], [12]). Contrary to the contention of defendant, the record establishes that his waiver of the right to appeal was knowingly, intelligently and voluntarily entered (*see People v Lopez*, 6 NY3d 248, 256 [2006]). That valid waiver encompasses defendant's challenge to the factual sufficiency of the plea allocution and, in any event, defendant failed to preserve that challenge for our review (*see People v Grimes*, 53 AD3d 1055, 1056 [2008], *lv denied* 11 NY3d 789 [2008]). The challenge by defendant to the severity of the sentence is also encompassed by his valid waiver of the right to appeal (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Smith and Centra, JJ.